```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 08486
   PHILLIP MUNIZ
   DEBRA L DIFIORE MUNIZ                  CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-9311      SSN XXX-XX-5589

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/09/07 and confirmed on 08/30/07.

     2.  The case was converted to Chapter 7 after confirmation, 05/07/2008.

     3.  The Debtor paid a total of $   4105.18 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI CURRENT MORTG          .00            .00            .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE          .00            .00            .00
VW CREDIT                SECURED VEHIC          .00            .00            .00
WILL COUNTY TREASURER    SECURED           5316.80         430.19         619.36
CERTEGY PAYMENT RECOVERY UNSECURED         NOT FILED          .00            .00
DEPENDON COLLECTION SERV UNSECURED         NOT FILED          .00            .00
FIRST EXPRESS            UNSECURED           237.02           .00            .00
IC SYSTEMS               UNSECURED           400.00           .00            .00
ILLINOIS COLLECTION SERV UNSECURED         NOT FILED          .00            .00
MEDICAL BUSINESS BUREAU  UNSECURED         NOT FILED          .00            .00
MERCHANTS CREDIT GUIDE   UNSECURED         NOT FILED          .00            .00
MERCHANTS CREDIT GUIDE   UNSECURED         NOT FILED          .00            .00
NICOR GAS                UNSECURED           659.42           .00            .00
OSI COLLECTION SERVICES  UNSECURED         NOT FILED          .00            .00
PINNACLE CREDIT SERVICES UNSECURED         NOT FILED          .00            .00
WELLS FARGO EDUC FINANCI UNSECURED              .00           .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED           856.84           .00            .00
ROUNDUP FUNDING LLC      UNSECURED           225.54           .00            .00
         Summary of disbursements:

                   SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  5316.80         .00       2378.82         .00       7695.62
PRINCIPAL PAID       619.36         .00           .00         .00        619.36
INTEREST PAID        430.19         .00           .00         .00        430.19
TOTAL PAID          1049.55         .00           .00         .00       1049.55
The Debtor's attorney, RICHARD E SEXNER             , was allowed $   3500.00
and was paid $    601.00  direct and $    2899.00  through the plan.

The Trustee received $     156.63 .
```

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE